John J. Talton, Chapter 13 Trustee  
Pay to: CLERK Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

Check No. 807658

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | NOTICE TO DEPOSIT FUNDS | | | | | |
| 08-10558 | 003-0 | ROBIN ELAINE BROOKS<br>Original Check written to:<br>GREEN TREE SERVICING, LLC<br>PO BOX 0049<br>PALATINE, IL 60055-0049 | 4222 | 2,673.79 | 99.13 | 314.33 | 413.46 |
| 08-10558 | 004-0 | ROBIN ELAINE BROOKS<br>Original Check written to:<br>NEWTON CENTRAL APPRAISAL<br>109 COURT ST.<br>NEWTON, TX 75966- | | 428.00 | 0.00 | 14.50 | 14.50 |
| 08-10558 | 005-0 | ROBIN ELAINE BROOKS<br>Original Check written to:<br>NEWTON COUNTY<br>C/O MCCREARY, VESELKA, BRAGG & ALLEN<br>P.O. BOX 1269<br>ROUND ROCK, TX 78680- | xx6130 | 222.80 | 0.00 | 7.57 | 7.57 |